UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Booth Family Trust

v.                                              Case Number: 4:17−cv−01457

Baker Hughes Incorporated, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**   Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/3/2017

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   August 3, 2017

David J. Bradley, Clerk