United States District Court
Southern District of Texas
**ENTERED**
November 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOOTH FAMILY TRUST, On Behalf of Itself and All Others Similarly Situated, | § § § § § | Civil Action No. 4:17-cv-01457 |
| Plaintiff, | § § | |
| v. | § § | |
| BAKER HUGHES INCORPORATED, MARTIN S. CRAIGHEAD, GREGORY D. BRENNEMAN, CLARENCE P. CAZALOT, JR., WILLIAM H. EASTER III, LYNN L. ELSENANS, ANTHONY G. FERNANDES, CLAIRE W. GARGALLI, PIERRE H. JUNGELS, JAMES A. LASH, J. LARRY NICHOLS, JAMES W. STEWART, and CHARLES L. WATSON, | § § § § § § § § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL

Plaintiff Booth Family Trust ("Plaintiff") and Defendants Baker Hughes Incorporated ("Baker Hughes" or the "Company"), Martin S. Craighead, Gregory D. Brennan, Clarence P. Cazlot, Jr., William H. Easter III, Lynn L. Elsenans, Anthony G. Fernancdes, Claire W. Gargalli, Pierre H. Jungels, James A. Lash, J. Larry Nichols, James W. Stewart, and Charles L. Watson, (collectively, the "Individual Defendants," together with Baker Hughes, "Defendants" and collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on July 5, 2017, Plaintiff filed the Stipulation to Dismiss Action as Moot and Retaining Jurisdiction to Determine Plaintiff's Counsel's Anticipated Application for Fees and Expenses wherein Plaintiff voluntarily dismissed the claims made in the above-captioned

litigation as to itself with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and with no effect upon the absent members of the alleged class (the "July 5 Stipulation").

**WHEREAS**, on August 3, 2017, the Court entered the July 5 Stipulation thereby retaining jurisdiction as to any potential application by Plaintiff's counsel for fees and expenses.

**NOW, THEREFORE**, Plaintiff and Defendants hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The Parties have reached an agreement as to Plaintiff's counsel's claim for attorneys' fees and expenses.

2. Plaintiff hereby voluntarily dismisses with prejudice any claims as attorneys' fees, costs, or expenses related to the above-captioned litigation. The dismissal with prejudice is as to the named Plaintiff Booth Family Trust only and has no binding effect upon the absent members of the alleged class.

3. Retention of jurisdiction for any potential Fee and Expenses Application is no longer required, and the Parties request that the Court close the above-captioned litigation for all purposes.

**IT IS SO STIPULATED.**

DATED: September 14, 2017.

                                                  */s/ Thomas E. Bilek*
                                                  Thomas E. Bilek
Texas Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, Texas 77002
(713) 227-7720

Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan

**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, NY 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiff*


_____/s/ Samuel Cooper_____
Samuel Cooper
Texas Bar No. 00792427 / SDTX No. 19954
Christie Mathis
Texas Bar No. 24070226 / SDTX No. 1113068
**PAUL HASTINGS LLP**
600 Travis Street, 58th Floor
Houston, Texas 77002
T: 713.860.7300
F: 713.353.3100
samuelcooper@paulhastings.com
christiemathis@paulhastings.com

*Attorneys for Defendants*


**IT IS SO ORDERED.**

SIGNED _____NOV 0 6 2017_____, at Houston, Texas.

_____
ALFRED H. BENNETT
United States District Judge

3